USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GUGLIELMO, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPA INDUSTRIES OF VIRGINIA, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-05917-VEC<br><br><br><br>[PROPOSED] ORDER |

Upon consideration of the Defendant Alpha Industries of Virginia's Amended Consent Motion and Incorporated Memorandum For Entry of Stipulated Consent Decree, the entire record herein, and for good cause shown, it is hereby:

**ORDERED:** That Defendant's motion is hereby GRANTED; and it is further

**ORDERED:** That the Stipulated Consent Decree attached as an exhibit to Defendant's motion will be as entered as an order *nunc pro tunc* to November 13, 2020; and it is further

**ORDERED:** That the Court shall retain enforcement jurisdiction in connection with the Consent Decree for twenty four months from the date of entry of this Order.

DATED: November 30, 2020

_____
United States District Judge

11/30/2020

Copies to Counsel of Record via ECM/ECF